| | |
|---|---|
| **Federal Defenders**<br>OF NEW YORK, INC. | Southern District<br>52 Duane Street-10th Floor, New York, NY 10007<br>Tel: (212) 417-8700 Fax: (212) 571-0392 |
| David E. Patton<br>*Executive Director* | *Southern District of New York*<br>Jennifer L. Brown<br>*Attorney-in-Charge* |

September 8, 2021

**BY ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
New York, New York 10007

Re:   **United States v. Hector Rolando Mendez Bailon**
      **21 CR 209-002 (PAC)**

Dear Judge Crotty:

I am the attorney for Hector Rolando Mendez Bailon, the defendant in the above-captioned case, and write to request a two-week adjournment of the sentencing proceeding, which is currently scheduled for September 14, 2021.

I have conferred with AUSA Samuel Rothschild and I understand that he does not object to this adjournment request. Thank you for your consideration of this request.

Respectfully Submitted,

/s/ Marisa K. Cabrera
Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.: (212) 417-8730

cc:   AUSA Samuel Rothschild (by ECF)

9/9/2021
Sentencing is adjourned to
Wednesday, September 30, 2021
at 11 AM. SO ORDERED.

*Paul A. Crotty*