UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

UNITED STATES OF AMERICA         :     **TRANSPORTATION ORDER**

      - v -                        :     21 Cr. 209 (PAC)

HECTOR MENDEZ-BAILON,             :

           Defendant.    :

----------------------------------x

Upon the application of **Hector Mendez-Bailon**, by his attorney, **Marisa K. Cabrera, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Hector Mendez-Bailon with funds to cover the cost of travel between Orlando, Florida and New York, New York in advance of his upcoming sentencing on Thursday, October 7, 2021 at 11:00am, arriving in New York the night of October 6, 2021, and returning to Orlando, Florida following the appearance, leaving New York no earlier than 5:00pm;

and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York
       September ___, 2021
       *October 4*

**SO ORDERED:**

*/s/ Paul A. Crotty*

HONORABLE PAUL A. CROTTY
United States District Judge