# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 2, 2021

**BY ECF**

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
New York, New York 10007

Re:   **United States v. Hector Rolando Mendez Bailon**
      **21 CR 209-002 (PAC)**

Dear Judge Crotty:

   I am the attorney for Hector Rolando Mendez Bailon, the defendant in the above-captioned case, and write to request a thirty-day adjournment of his surrender date, which is currently scheduled for December 6, 2021. As it stands, Mr. Mendez Bailon, who resides in Florida and has had no issues with his pretrial supervision, has yet to be designated to a facility.

   I have conferred with AUSA Samuel Rothschild and he does not object to this thirty-day adjournment. This is the first request for an adjournment of the surrender date. Thank you for your consideration of this request.

Respectfully Submitted,

*Marisa K. Cabrera*

/s/ Marisa K. Cabrera
Marisa K. Cabrera, Esq.
Assistant Federal Defender
Tel.: (212) 417-8730

cc:   AUSA Samuel Rothschild (by ECF)

12/6/2021
The surrender date is extended to January 5, 2022. SO ORDERED.

*Paul A. Crotty*