# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 16, 2023

**VIA ECF**

5/17/2023
Pretrial Services is directed to return Mr. Mendez Bailon's passport to the Federal Defenders Office. SO ORDERED.

*/s/ Paul A. Crotty*

The Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    RE:   **United States v. Hector Mendez Bailon**
             21 Cr. 209 (PAC)-2

Dear Judge Crotty:

    I write to respectfully request the Court order that Pretrial Services return Mr. Mendez Bailon's passport to our office so that we may return it to his family. Pretrial requires an order when it still possesses the passport at the conclusion of the case. Mr. Mendez Bailon was sentenced to 30 months of imprisonment on October 7, 2021. Thank you for the Court's consideration.

                                  Very Truly Yours,

                                  /s/
                                  Marisa Cabrera, Esq.
                                  Assistant Federal Defender
                                  Federal Defenders of New York, Inc.
                                  52 Duane Street, 10th Floor
                                  New York, NY 10007
                                  Tel.: (212) 417-8730

Cc:    Samuel Rothschild, Esq.
        Assistant United States Attorney
        Southern District of New York